# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

145706 & (28)(29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HAROLD STAFFNEY,
      Plaintiff-Appellant,

v

KINROSS CORRECTIONAL FACILITY
WARDEN,
      Defendant-Appellee.

SC: 145706
COA: 310338
Chippewa CC: 12-012083-AH

_____/

      On order of the Court, the application for leave to appeal the August 7, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to amend and the motion to strike are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325